IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST EVANS,** | Case No. 2:22-cv-00778-AC |
| Plaintiff, | [PROPOSED] ORDER RE: DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR AND REQUEST FOR RESPONSIVE PLEADING DEADLINE |
| v. | |
| **EISEN, et al.,** | |
| Defendants. | |

After reviewing Defendant's Motion to Opt Out of Post-Screening Early ADR and Request for Responsive Pleading Deadline, the Court finds good cause to grant the Request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of early ADR is GRANTED;

2. The stay of this action is LIFTED; and

3. Defendant is ordered to file a responsive pleading within thirty (30) days of the issuance of this order.

DATED: March 21, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-00778-AC)